IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                          : CIVIL NO: C-1-00-243
                                : JUDGE SPIEGEL

OSAMA A. NASSAR,
aka SAM NASSAR, SAM NASSER, MASSAR,

        Defendant.

## SATISFACTION OF JUDGMENT

The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to satisfy said judgment of record.

        Respectfully submitted,

        GREGORY G. LOCKHART
        United States Attorney

        s/ Deborah F. Sanders
        DEBORAH F. SANDERS (0043575)
        Assistant United States Attorney
        303 Marconi Blvd, Suite 200
        Columbus, Ohio 43215
        (614) 469-5715